UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KENNETH FRIEDMAN,

    Plaintiff,

vs.

JAMES COX, *et al.*,

    Defendants.

Case No. 2:13-cv-01346-MMD-PAL

**ORDER**

    Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has filed a complaint in state court, which defendants have removed. On November 4, 2013, this Court entered an order screening the complaint. (Dkt. no. 8). The screening order imposed a 90-day mediation stay in which the parties were directed to file no pleadings or papers. (Dkt. no. 8, at p. 4). A mediation conference is scheduled for January 17, 2014. (Dkt. no. 11). On January 7, 2014, plaintiff submitted a document purporting to be the "complete version" of the complaint. (Dkt. no. 12). Because plaintiff's filing is contrary to this Court's order that no pleadings or papers are to be filed during the mediation stay, the document will be stricken.

    IT IS THEREFORE ORDERED that the pleading filed a Dkt. no. 12 is HEREBY STRICKEN from the record. This action proceeds on the complaint (Dkt. no. 9) and in accordance with the Court's orders of November 4, 2013 and December 6, 2013.

    Dated this 8th day of January, 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE