UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH FRIEDMAN,  )
                   )
    Plaintiff,     )   Case No. 2:13-cv-01346-MMD-PAL
                   )
vs.                )
                   )   **ORDER**
JAMES COX, *et al.*, )
                   )
    Defendants.    )
_____/

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has filed a complaint in state court, which defendants have removed to this Court. On November 4, 2013, this Court entered an order screening the complaint. (ECF No. 8). An early inmate mediation conference was held in this case on January 17, 2014. (ECF No. 14). On February 3, 2014, defendants filed a status report indicating that the parties reached a settlement at the mediation conference. (ECF No. 16).

**IT IS THEREFORE ORDERED** that within **fifteen (15) days** from the date of entry of this order, the parties **SHALL FILE** a stipulation of dismissal to this Court for approval by the District Judge assigned to this case.

Dated this 27th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE