1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KENNETH FRIEDMAN,                )
                                 )
            Plaintiff,           )        Case No. 2:13-cv-01346-MMD-PAL
                                 )
vs.                              )
                                 )        **ORDER**
JAMES COX, *et al.*,             )
                                 )
            Defendants.          )
_____/

        This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state

prisoner.  On November 4, 2013, this Court entered an order screening the complaint.  (ECF No. 8).

An early inmate mediation conference was held in this case on January 17, 2014.  (ECF No. 14).  On

February 3, 2014, defendants filed a status report indicating that the parties reached a settlement at

the mediation conference.  (ECF No. 16).  On February 27, 2014, this Court directed defendants to

file a stipulation for dismissal within 15 days.  (ECF No. 17).

        Defendants have filed a motion for an extension of time, up to and including March 21, 2014,

to file the stipulation for dismissal.  (ECF No. 20).  Having reviewed the motion and good cause

appearing, defendants' motion is granted.

1

**IT IS THEREFORE ORDERED** that defendants' motion for an extension of time to file a

2  stipulation for dismissal (ECF No. 20) is **GRANTED.**  The stipulation for dismissal shall be filed on

3  or before **March 21, 2014.**

4              Dated this 19th day of March, 2014.

5

6                                            _____

7                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26