UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FRIEDMAN, | |
| Plaintiff, | Case No. 2:13-cv-01346-MMD-PAL |
| vs. | |
| JAMES COX, *et al.*, | **ORDER** |
| Defendants. | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On February 3, 2014, defendants filed a status report indicating that the parties reached a settlement at the mediation conference. (ECF No. 16). On February 27, 2014, this Court directed defendants to file a stipulation for dismissal within 15 days. (ECF No. 17). Defendants have filed a motion for a second extension of time to file the stipulation for dismissal. (ECF No. 22). Having reviewed the motion and good cause appearing, defendants' motion is granted.

**IT IS THEREFORE ORDERED** that defendants' motion for a second extension of time to file a stipulation for dismissal (ECF No. 22) is **GRANTED.** The stipulation for dismissal shall be filed on or before **April 4, 2014.**

Dated this 25th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE